**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00763-CV

### IN THE MATTER OF J.S., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-17-01369-X**

## ORDER

The reporter's record in this case is overdue. By postcard dated August 8, 2019, we notified Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and Ms. Sumler has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Pamela Sumler, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification no hearings were recorded.[1] *We notify appellant that if we receive verification he has not requested the reporter's record we will order the appeal submitted without the reporter's record.* *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

---

[1] Our records show appellant is entitled to proceed without payment of costs.

Honorable Cheryl C. Lee-Shannon
Presiding Judge
305th Judicial District Court

Pamela Sumler
Official Court Reporter
2305th Judicial District Court

All parties


                                        /s/      ERIN A. NOWELL
                                                 JUSTICE